WM. M. LUBBOCK, Appellant, v. ROBERT C. BROOKS
et al., Respondents.

No. 299; April 14, 1865.

Appeal—Notice.—An Appeal is not Taken, in fact, unless the
notice is served contemporaneously with or after the filing of it.

APPEAL from Fourth Judicial District, San Francisco
County.

Wise for appellant; Ryan for respondents.

RHODES, J.—The respondent moves that the appeal be
dismissed. The defendants' motion for a new trial was denied
on the 25th of August, 1862. No notice of appeal appears in
the record in this court, but the clerk certifies that "a notice
on appeal in the above entitled action was duly filed as ap-
pears from an entry made in 'J' Register of Actions on the
16th day of October 1862," and that the notice of appeal has
been lost. If it is admitted that the certificate of the clerk
may be substituted for, and fill the place of, the lost notice
of appeal, in the transcript, it does not appear that the no-
tice was served on the respondent. An appeal is not in fact
taken unless the notice is served contemporaneously with or
after the filing of it, and indeed this court has no jurisdiction
of the cause unless the appeal is taken as prescribed by law:
See Buffendeau v. Edmondson, 24 Cal. 94; Hastings v. Hal-
leck, 10 Cal. 31. The questions arising upon the affidavits
filed in this court, to show that the notice of appeal was served
the same day that it was filed, have been disposed of in con-
sidering the case of Brooks v. Lubbock, ante, p. 210 (preced-
ing case).

Appeal dismissed.

We concur: Sanderson, C. J.; Currey, J.

Justices Sawyer and Shafter, being disqualified, did not par-
ticipate in the decision of this case.